## THIRD DISTRICT.

**C. S. Schneider and R. L. Schneider, partners, appellants, v. Albert F. Stearns, appellee.**

Assumpsit to recover for services as attorneys. Tender of $200 by defendant and judgment for plaintiffs on verdict for that amount. Appeal from the Circuit Court of Ford county; the Hon. Thomas M. Harris, Judge, presiding. Heard in this court at the April term, 1917. Affirmed. Opinion filed July 14, 1917.

O. B. Dobbins, for appellants. C. E. Beach, for appellee.

Mr. Justice Thompson delivered the opinion of the court.

---

**Fred R. Bell, appellant, v. H. R. McDonald, appellee.**

Judgment by confession on note; judgment opened and on trial verdict and judgment rendered for defendant. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1917. Reversed and remanded. Opinion filed April 19, 1918.

M. F. Keegan and Walter T. Gunn, for appellant. Crayton & Boyle for appellee.

Mr. Justice Thompson delivered the opinion of the court.

---

**Dora E. Singleton, administratrix, appellee, v. Peoria & Eastern Railway Company, appellant.**

Action to recover for wrongful death of person struck by train at street crossing. Judgment for plaintiff. Appeal from the Circuit Court of Vermilion county; the Hon. John H. Marshall, Judge, presiding. Heard in this court at the April term, 1917. Reversed with finding of fact. Opinion filed April 19, 1918.

George B. Gillespie, for appellant; Rearick & Meeks and F. L. Littleton, of counsel. C. H. Beckwith and Thomas A. Graham, for appellee.

Mr. Justice Thompson delivered the opinion of the court.